7005. MYERS *v.* DOUGLAS OIL AND FERTILIZER COMPANY.

BROYLES, J. 1. The defendant's plea that the fertilizer for which her note was given was bought for her husband, and that she could not be held liable on the note, as it was an assumption of her husband's debt, presented an issue of fact, which was passed upon by the jury and resolved against her; and there was ample evidence to support their finding upon this issue.

2. The other questions in this case are controlled by the decision of this court in *Newell* v. *Douglas Oil & Fertilizer Co.,* ante, 172 (88 S. E. 1009). Under that decision the court did not err in sustaining the demurrer to certain paragraphs of the defendant's amended answer.

3. The court did not err in overruling the motion for a new trial.

*Judgment affirmed.*

DECIDED MAY 26, 1916.

Complaint; from city court of Hazlehurst—Judge Grant. September 20, 1915.

*P. L. Smith,* for plaintiff. *Levi O'Steen,* for defendant.